No. 4. PHILLIPS PIPE LINE Co. *v.* MISSOURI. Appeal from the Supreme Court of Missouri. Argued October 14, 1937. Decided October 18, 1937. *Per Curiam:* The judgment is affirmed. *East Ohio Gas Co.* v. *Tax Commissioner,* 283 U. S. 465, 470, 471; *Southern Gas Corp.* v.

*Alabama,* 301 U. S. 148, 154. MR. JUSTICE ROBERTS took no part in the consideration and decision of this case. *Mr. H. P. Robinson,* with whom *Messrs. Rayburn L. Foster* and *R. H. Hudson* were on the brief, for appellant. *Messrs. Charles M. Howell, Jr.,* and *Harry G. Waltner, Jr.,* for appellee.